IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:23-CR-381-E |
| v. | |
| DAMON HEATH ROBERTS (01) | |
| GARY MARTIN (02) | |
| JASON CHARLES MARENO (03) | |
| DAVID LEE LLOYD (04) | |
| JASON KASHOU (05) | |
| DUC NGOC LY (06) | |

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL
## FOR THE UNITED STATES OF AMERICA

The United States Attorney for the Northern District of Texas respectfully advises

the Court, and all interested parties, that Assistant United States Attorney Douglas B.

Brasher will now be appearing on behalf of the United States.  Therefore, the government

respectfully requests that the Clerk of Court substitute Assistant United States Attorney

Brasher, for Assistant United States Attorney Renee Hunter, in this matter.

**Notice of Substitution of Lead Counsel—Page 1**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

 /s/ Douglas B. Brasher
Douglas B. Brasher
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:   214-659-8604
Facsimile:    214-659-8602
douglas.brasher@usdoj.gov

**Notice of Substitution of Lead Counsel—Page 2**